# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1169

_____

GEORGE L. JOHNSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.


December 4, 2023


PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

George L. Johnson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.